

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00503-CV

**IN RE GILLETTE AIR CONDITION COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

On July 20, 2018, relator filed a petition for writ of mandamus and a motion to stay the trial court proceedings. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay the trial court proceedings is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on August 7, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-14754, styled *Sylvia H. Rodriguez, et al. v. Michael Anthony Sanchez, et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.